UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE COMPANY,

        Plaintiff,

-against -

GREKA OIL & GAS, INC., and
VINTAGE PETROLEUM, INC.,

        Defendants,
------------------------------------------------------------x

JUDGE STEIN

'08 CIV 7591

Civil Action No.

[Stamp: RECEIVED AUG 27 2008 U.S.D.C. S.D.N.Y. CASHIERS]

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorneys of record for Plaintiff, American International Specialty Lines Insurance Company ("AISLIC"), certify that AISLIC is majority owned by American International Group, Inc., which is publicly held.

Dated: New York, New York
      August 27, 2008

                              SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                              _____
                              Lawrence Klein (LK2875)
                              Jeffrey Winn (JW6071)
                              J. Gregory Lahr (JL9969)
                              Attorneys for Plaintiff American International
                              Specialty Lines Insurance Company
                              125 Broad Street, 39th Floor
                              New York, NY 10004-2400
                              Telephone: (212) 422-0202
                              Facsimile: (212) 422-0925

NY/531645v1